**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENJAMIN GOMORA CARBAJAL<br>Petitioner,<br>v.<br>JEREMY CASEY, in his official capacity as Warden of Imperial Regional Detention Facility, et al.,<br>Respondents. | Case No.: 26cv4236 DMS (BJW)<br>**ORDER GRANTING PETITION** |

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a Return acknowledging Petitioner is detained under 8 U.S.C. § 1226(a) in light of *Rodriguez Vasquez v. Bostock*, 183 F.4th 1160 (9th Cir. 2026), and stating they do not oppose an order from the Court directing them to provide Petitioner with a bond hearing.

Given the allegations in the Petition, which Respondents do not dispute, the Court agrees with Petitioner that the proper remedy here is release, not a bond hearing. *See Galan v. LaRose*, Case No. 26cv1042 DMS (MSB), ECF No. 19 at 4, and *Alvarez Gallardo v. Attorney General*, Case No. 26cv2273 DMS (JLB), ECF No. 7 at 2-3. Accordingly, Respondents shall release Petitioner from custody forthwith, and shall not re-detain him without first providing a pre-deprivation hearing before a neutral decisionmaker at which

Respondents must prove there are material, changed circumstances related to flight risk or danger to the community that warrant Petitioner's re-detention. The parties shall file a Joint Status Report within 72 hours of this Order's filing, confirming Petitioner has been released. The Clerk of Court shall enter judgment accordingly and close this case.

**IT IS SO ORDERED.**

Dated: September 1, 2026

Hon. Dana M. Sabraw
United States District Judge